FRANK E. LONAS, Appellant, *v.* LAYMAN PRESSED ROD COMPANY, INC., Defendant, and INGLIS M. UPPERCU et al., Respondents.

(Argued October 17, 1935; decided November 19, 1935.)

*Wilson E. Tipple, Albert Firman* and *Adolph Hansen* for appellant.

*W. Morton Carden* for Edwin B. Cadwell, respondent.

*Benjamin Cohen* and *Irene Rutherford O'Crowley* for Griswold A. Thompson et al., respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS and LOUGHRAN, JJ. Not sitting: CROUCH and FINCH, JJ.